UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

No. 5:13-MJ-1389

IN THE MATTER OF THE SEARCH OF THE )
Storage Unit K18, located at Ample )
Storage, 408 W. Arlington Blvd.,   )   **ORDER TO UNSEAL**
Greenville, NC 27834               )

Upon motion of the government, the previously requested Search Warrant and related documents, in the above captioned matter are hereby ORDERED unsealed.

SO ORDERED.

| March 21, 2014 | /s/ William A. Webb |
|---|---|
| DATE | WILLIAM A. WEBB
United States Magistrate Judge |